No. 93–9024. AKECH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9029. MATA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9030. RITCHIE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–9032. MYERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9034. PACE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9038. BROWER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9047. HESS *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 93–9050. OGUNDE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9053. LYLE *v.* DEPARTMENT OF CORRECTIONS ET AL. Sup. Ct. Mich. Certiorari denied.

No. 93–9057. NEWKIRK *v.* SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–9069. VELA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9074. FONT, AKA NAVARRO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9075. HUNT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–9091. DUNNE *v.* KEOHANE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 93–9094. BURTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.